UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABDULLAH RENALDO-REY,

    Plaintiff,

vs.   Case No. 8:12-cv-02214-T-27TGW

TOM FALLON,
MERCEDES BENZ OF TAMPA, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 3) of the Magistrate Judge recommending that Plaintiff's "Amended Complaint" be dismissed with prejudice. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

(3) Plaintiff's "Amended Complaint" is **DISMISSED** with prejudice.

(4) The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** this 29th day of October, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: *Pro Se* Plaintiff